IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AIRBNB, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN TILLMAN,<br><br>    Defendant. | CIVIL ACTION NO. _____ |

## COMPLAINT

For its Complaint against Defendant Alan Tillman ("Defendant"), Plaintiff Airbnb, Inc. ("Airbnb") alleges as follows:

### NATURE OF THE ACTION

1. This is a *de novo* appeal of the September 30, 2025, order (the "Order") issued by the Trademark Trial and Appeal Board (the "Board") of the United States Patent and Trademark Office (the "USPTO") denying Airbnb's petition to cancel Defendant's U.S. Trademark Reg. No. 6421453 (the "Registration"). Pursuant to 15 U.S.C. § 1071(b)(1) and 15 U.S.C. § 1119, Airbnb seeks to have this Court vacate the Order and direct the USPTO to cancel the Registration.

### PARTIES

2. Airbnb is a Delaware corporation with a principal place of business at 888 Brannan Street, San Francisco, California 94103.

3. On information and belief, Defendant is an individual who resides at 7430 Santa Fe Drive, Overland Park, Kansas 66204.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to Section 21(b) of the U.S. Trademark Act of 1946 (the "Lanham Act"), 15 U.S.C. § 1071(b)(1), which provides that a party dissatisfied with a final decision of the Board may institute a new civil proceeding challenging such a decision. This Court also has subject-matter jurisdiction over this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

5. This Court has personal jurisdiction over Defendant and venue is proper in this district under 28 U.S.C. § 1391 because on information and belief, Defendant resides in this district.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

### A. THE AIRBNB MARK

6. Airbnb is a San Francisco based company founded in 2008, which provides consumers with an online marketplace to list, view, and book accommodations, services, and experiences around the world through its people-powered hospitality service, which is offered via its website www.airbnb.com and through its popular mobile application.

7. The fanciful term AIRBNB has no ordinary English language meaning.

8. Airbnb is the owner of numerous U.S. registrations and pending applications for AIRBNB, including, but not limited to the registrations shown in the table below.

| Mark & Filing Information | Goods and Services |
|---|---|
| **AIRBNB**<br>Reg. No. 3,890,025<br>Priority Date: March 4, 2009<br>Registered: December 14, 2010 | **Class 35:** Providing online business directories featuring temporary lodging |

| Mark & Filing Information | Goods and Services |
|---|---|
| **AIRBNB**<br>Reg. No. 3,890,027<br>Priority Date: March 4, 2009<br>Registered: December 14, 2010 | **Class 43:** Arranging temporary housing accommodations; Providing online reservation services for temporary lodging; Travel agency services, namely, making reservations and bookings for transportation and lodging; Providing temporary lodging information via the Internet |
| **AIRBNB**<br>Reg. No. 3,971,784<br>Priority Date: March 4, 2009<br>Registered: May 31, 2011 | **Class 42:** Computer services in the nature of customized web pages featuring user-defined information, personal profiles and information |
| **AIRBNB**<br>Reg. No. 4,289,397<br>Priority Date: March 4, 2009<br>Registered: February 12, 2013 | **Class 36:** Providing an online interactive website featuring the listing and rental of temporary lodging; Providing online computer database and online searchable databases featuring information, listings and announcements about housing, apartments, condominiums, townhouses, real estate, commercial real estate and rental and leasing advertisements for the foregoing; Real estate listing, rental and leasing services for residential housing, apartments, rooms in homes, sublets, vacation homes, cabins and villas and office space in commercial properties on a global computer network; Providing reviews and feedback about listers and renters of real estate<br><br>**Class 42:** Computer services, namely, creating an on-line community for registered users to participate in discussions, get feedback from their peers, form virtual communities, and engage in social networking featuring the rental and listing of real estate<br><br>**Class 45**: On-line social networking services |
| **AIRBNB**<br>Reg. No. 4,329,542<br>Priority Date: March 4, 2009<br>Registered: April 30, 2013 | **Class 39:** Online trip and travel recommendations and reservation services; Providing travel information over global computer networks, namely, providing search services for travel listings, travel information and related topics and for making reservations and bookings for transportation; Providing reviews and recommendations of local attractions via a global computer network<br><br>**Class 43**: Providing travel information over global computer networks, namely, providing search services for travel listings, travel information and related topics and for making reservations and bookings for lodging |

| Mark & Filing Information | Goods and Services |
|---|---|
| **AIRBNB**<br>Reg. No. 4,385,613<br>Priority Date: March 4, 2009<br>Registered: Aug. 13, 2013 | **Class 35:** Providing an online interactive website obtaining users comments concerning business organizations, service providers, and travel and social activities; Providing information, namely, compilations, rankings, ratings, reviews, referrals and recommendations relating to business organizations, service providers, and travel and social activities using a global computer network; Advertising and promotion services and related consulting; dissemination of advertising for others via a global communications network; online advertising services for others, namely, providing advertising space on internet web sites; Providing a searchable online advertising guide featuring the goods and services of online vendors; providing a searchable online evaluation database for buyers and sellers; promoting the goods and services of others; advertising and advertisement services; advertising and information distribution services, namely, providing classified advertising space via the global computer network; providing consumer product and service information via the Internet; providing an online business information directory on the Internet; providing on-line computer databases and on-line searchable databases featuring classified listings; computer services, namely, providing on-line computer databases and on-line searchable databases featuring consumer information on a wide variety of topics of general interest to the consuming public |
| **AIRBNB**<br>Reg. No. 4,884,815<br>Priority Date: March 4, 2009.<br>Registered: Jan. 12, 2016 | **Class 36:** Vacation real estate listing services and providing such services via a global computer network; Real estate listing services, namely, providing an interactive website and online database of rental properties, rental information, rental property descriptions and images, rental locations and amenities, availability and rates for vacation rental homes, condominiums, cabins, villa, apartments, and time-shares; Real estate services, namely, arranging of rental agreements for real estate for others by through a website where users can post and receive requests to rent short-term houses, condos, apartments, and time-shares<br><br>**Class 39**: Providing a website for the arrangement and booking of travel tours and excursions; Providing a website featuring travel information and commentary; Providing an online searchable computer database featuring information |

| Mark & Filing Information | Goods and Services |
|---|---|
| | on travel; Providing reviews of travel service providers; Travel guide and travel information services; Travel agency services, namely, making reservations and bookings for transportation, excursions, travel tours and travel; Providing links to the web sites of others featuring transportation, excursions, travel tours and travel<br><br>**Class 43:** Providing online reservation, booking and search services for temporary lodging, temporary accommodations and temporary vacation rentals; Providing an online interactive website featuring temporary lodging, temporary accommodations, temporary vacation rentals and temporary rental listings; Providing a website featuring information in the field of temporary lodging, temporary accommodations and temporary vacation rentals; Travel agency services, namely, making reservations and bookings for temporary lodging, temporary accommodations and temporary vacation rentals; Providing rental information for temporary lodging, temporary accommodations and temporary vacation rentals, namely, property descriptions and images, reviews, locations and amenities, availability and rates for temporary lodging, temporary accommodations and temporary vacation rentals |
| **AIRBNB**<br>Reg. No. 4,983,513<br>Priority Date: Nov. 12, 2013<br>Registered: Jun. 21, 2016 | **Class 9:** Computer application messaging software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to communicate with each other; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows messaging among guests of lodging accommodations owned and hosted by others and among the hosts who list lodging accommodations for rent [ and sale; ] computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to plan, announce, invite others to attend and evaluate real world meetings and events; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to solicit each other to perform a wide range of personal and customized services, [ housekeeping, cooking and related services, ] personalized travel, itinerary and |

5

| Mark & Filing Information | Goods and Services |
|---|---|
| | private tour and activity services; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to arrange for the remote exchange of keys to lodgings, homes [ and vehicles ] and for locking and unlocking lodgings homes [ and vehicles; ] computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software management tools to permit users to manage, organize, calendar and share with others travel bookings, activity dates, photographs, opinions and preferences; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software management tools to permit users to arrange for temporary lodging check-in help; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that permits listers of goods, real property and services for rent or sale to receive suggested improvements to their listing advertisements; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that permits listers of goods, real property and services for rent or sale to arrange for professional photographs of the listed goods, property and services; computer application software for mobile phones, portable media players, handheld computers and related mobile devices; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software to facilitate the sale of goods and services by others via a computer network and to provide evaluative feedback and ratings of sellers' goods and services, the value and prices of sellers' goods and services, buyers' and sellers' performance, delivery, and overall trading experience in connection therewith; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to list and rent temporary lodging, access information, listings and announcements about housing, apartments, condominiums, townhouses, real estate, [ commercial real estate ] and rental and leasing advertisements for the foregoing; computer |

| Mark & Filing Information | Goods and Services |
|---|---|
| | application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to provide reviews and feedback about listers and renters of real estate, temporary lodging, transportation, [ sharing of vehicles and rides ] and temporary parking; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to make and receive payments for the rental, purchase and sale of goods and services; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to search for travel, transportation, temporary accommodation, [ vehicle and ride sharing ] and temporary vehicle parking listings, travel information and related topics and for making reservations and bookings for transportation, temporary accommodations, [ vehicle and ride sharing ] and temporary parking; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to provide travel reviews and recommendations for local attractions; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows vehicle owners and users to list, [ arrange and reserve shared vehicles and rides; ] computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to list, arrange and reserve temporary parking of vehicles at residences [ and businesses] ; computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to list [ and book car sharing, ride sharing and ] temporary parking; [ computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to access information and listing of peer-to-peer transportation; ] computer application software for mobile phones, portable media players, handheld computers and related mobile devices, namely, software that allows users to engage in social |

| Mark & Filing Information | Goods and Services |
|---|---|
|  | networking featuring travel, transportation, temporary lodging, [ shared vehicles and rides, ] temporary parking and the rental and listing of real estate |

Printouts confirming the status of the registrations specified above are attached as **Exhibits A to H**. These registrations, all of which are incontestable, collectively along with Airbnb's common-law rights in AIRBNB, are referred to as "Airbnb's Marks." The goods and services specified above, and which Airbnb offers in interstate commerce under Airbnb's Marks, are referred to as "Airbnb's Goods and Services."

9. Airbnb's Marks are inherently distinctive as applied to Airbnb's Goods and Services. Airbnb is known worldwide for its revolutionary approach to people-powered travel and hospitality. Airbnb offers an online marketplace for people to list, discover, and book unique accommodations, services, and experiences around the world either online or from a mobile device.

10. Airbnb has received extensive media attention and has been endorsed by numerous celebrities.

11. In addition, Airbnb has received numerous high-profile awards and accolades.

12. Products and services offered and rendered under Airbnb's Marks have been the subject of substantial unsolicited media coverage.

13. As a result of Airbnb's tremendous success in the marketplace, its extensive promotion of its brand, and the substantial publicity generated through unsolicited media coverage and celebrity endorsements, the AIRBNB mark is famous. It has become widely

recognized by the general consuming public of the United States as a designation of source of Airbnb's services.

**B.     DEFENDANT'S COMPLETE BNB MARK AND FEDERAL TRADEMARK REGISTRATION**

14.     According to electronic records of the USPTO, Defendant is the owner of U.S. Reg. No. 6421453 (the "Registration"), which registered on July 13, 2021 and which covers the word mark COMPLETE BNB ("Defendant's Mark") in connection with "Booking of temporary accommodation; Booking of temporary accommodation via the Internet; Travel agency services, namely, making reservations and booking for temporary lodging for other travel agencies, travel suppliers, and corporations, via on-line computer networks; Providing online reservations and bookings for temporary lodging and accommodations for military families, soldiers, individuals, business groups, dog-owners, solo travelers, families" in International Class 43.

15.     Airbnb owns senior trademark rights in the Airbnb's Marks, which have priority over the July 13, 2021 registration date for the Registration and the June 1, 2020 use-in-commerce date claimed in the Registration.

16.     The AIRBNB mark became famous before Defendant applied to register or began using Defendant's Mark.

17.     Defendant's Mark is similar to Airbnb's Marks in overall commercial impression, connotation, and sound.

18.     Defendant's Mark incorporates the "BNB" portion of AIRBNB, and the Registration covers services that are identical, closely related, and/or complementary to Airbnb's Goods and Services.

9

19. On information and belief, Defendant was familiar with Airbnb's Marks prior to selection of Defendant's Mark and adopted Defendant's Mark with the bad-faith intent to trade on the goodwill associated with Airbnb's Marks.

20. The Registration contains no restrictions on trade channels and thus the parties' trade channels overlap.

21. On information and belief, the goods and services recited in the Registration on the one hand, and Airbnb's Goods and Services on the other, are marketed, are intended to be marketed, or will be marketed to similar and overlapping classes of consumers and potential consumers.

22. Consumers familiar with Airbnb's Marks are likely to assume—incorrectly—that Defendant's goods and services offered under Defendant's Mark originate from Airbnb or that Airbnb has licensed, endorsed, or authorized Defendant to offer such goods and services.

23. Consumers familiar with Airbnb's Marks are likely to associate Defendant's Mark and the goods and services offered thereunder with the famous AIRBNB mark.

24. In light of the forgoing, on December 8, 2023, Airbnb filed a petition to cancel the Registration with the Board.

25. On September 30, 2025, the Board erroneously denied Airbnb's Petition to Cancel (the "Order"). Attached as **Exhibit I** is a true and correct copy of the Board's Order.

26. Airbnb timely filed this action seeking *de novo* review and vacatur of the Order and seeking cancellation of the Registration.

## COUNT I: APPEAL OF BOARD ORDER AND CANCELLATION OF DEFENDANT'S REGISTRATION

27. Airbnb incorporates the allegations in each of the paragraphs above as if fully set forth herein.

28. Defendant's use and registration of Defendant's Mark in connection with the services identified in the Registration are likely to cause consumers to become confused, mistaken, or deceived and to falsely suggest a connection with Airbnb and/or Airbnb's Marks, within the meaning of 15 U.S.C. § 1052(d).

29. Defendant's use and registration of Defendant's Mark is likely to dilute the distinctiveness of Airbnb's Marks within the meaning of 15 U.S.C. § 1125(c).

30. Airbnb is damaged by the continued presence of the Registration on the Principal Register of the USPTO.

31. Thus, continued maintenance of the Registration on the Principal Register is contrary to law, and the Board should have granted Airbnb's petition to cancel.

32. Pursuant to 15 U.S.C. § 1071(b), this Court should conduct a *de novo* review and vacate the Order.

33. Pursuant to 15 U.S.C. § 1119, the Court should order the USPTO to cancel the Registration.

## PRAYER FOR RELIEF

WHEREFORE, Airbnb prays as follows:

1. That the Court enter judgment: (a) vacating the Order of the Trademark Trial and Appeal Board dated September 30, 2025; and (b) ordering the Director of the United States Patent and Trademark Office to cancel U.S. Reg. No. 6421453; and

2.         That the Court grant such other and further relief as it may deem just and proper.

DATED: December 1, 2025                    Respectfully submitted,

*/s/ Robert M. Thompson*
Robert M. Thompson KS Bar No. 14673
Bryan Cave Leighton Paisner LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200
Robert.thompson@bclplaw.com

R. Charles Henn Jr.
(pending admission *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6500
(404) 815-6555 (fax)
chenn@ktslaw.com

*Attorneys for Airbnb, Inc.*